Opinion issued August 8, 2002













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00718-CR

____________


KEVIN COTY SHIPMAN, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 184th District Court

Harris County, Texas

Trial Court Cause No. 885693






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant was
sentenced in this case on January 25, 2002. No motion for new trial was filed. The
deadline for filing notice of appeal was therefore Monday, February 25, 2002,
because the thirtieth day after sentencing fell on a weekend. Tex. R. App. P. 4.1(a),
26.2(a)(1). Notice of appeal was filed on June 12, 2002, almost four months after the
deadline.

 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.